UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUWAVE, LLC,

                       Plaintiff,

    -against-

GUANDONG ENAITER ELECTRICAL APPLIANCES CO. LTD.,

                       Defendant.

**ORDER**

24-mc-00197 (ER)

RAMOS, D.J.

    On April 25, 2025, NuWave informed the Court that the parties had reached a global settlement resolving all underlying disputes in the above-entitled action, including the ancillary Citation proceeding currently pending before this Court. Doc. 31. NuWave additionally stated that "the parties respectfully request that this action be dismissed in its entirety, with each side to bear its own costs and fees." *Id.*

    The request is granted. The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: April 28, 2025
       New York, New York

                                                                        Edgardo Ramos, U.S.D.J.